

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,916-01

### EX PARTE MICHAEL RAY LEWIS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1153972-A IN THE 263RD DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to fifteen years in prison.

Applicant filed this habeas application in the trial court on July 11, 2014, arguing actual innocence, newly available impeachment evidence, and ineffective assistance of trial and appellate counsel. The State was served on July 24, 2014, and the trial court, on August 8, 2014, entered an order designating issues to be resolved. The district clerk forwarded the habeas application to this Court, and it was received here on May 15, 2019, but there are no findings from the trial court

resolving the designated issues. The application is remanded to the trial court to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law resolving the designated issues.

This application will be held in abeyance until the trial court has resolved the designated issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed:            July 3, 2019
Do not publish